**92–1474.** Clark v. Sed. *Portage County,* No. 91–P–2314.

**92–1537.** State v. Samuels. *Cuyahoga County,* No. 63823.

**92–1542.** State v. Mowery. *Hocking County,* No. 91–CA–19.

**92–1579.** State v. Swick. *Licking County,* Nos. CA–3731 and CA–3758.

**92–1594.** State v. Moder. *Tuscarawas County,* No. 92AP010001.
DOUGLAS and RESNICK, JJ., dissent.

**92–1608.** Fugo v. Bilmar Food, Inc. *Stark County,* No. CA–8788.

**92–1624.** In re Adoption of Kohorst. *Paulding County,* No. 11–92–01.
MOYER, C.J., and SWEENEY, J., dissent.

**92–1645.** State v. Davidson. *Clermont County,* No. CA91–05–033.

**92–1654.** Toledo v. Smith. *Lucas County,* No. L–91–422.
RESNICK, J., not participating.

**92–1665.** Moore v. Moore. *Allen County,* No. 1–91–66.
H. BROWN, J., dissents.

**92–1673.** State v. Lemke. *Columbiana County,* No. 90–C–51.

**92–1692.** Jones v. Freuhauf Corp. *Allen County,* No. 1–91–38.
WRIGHT, J., dissents.

**92–1695.** State v. Penrose. *Logan County,* No. 8–91–22.

**92–1742.** State v. Gilliam. *Franklin County,* No. 92AP–581.

**92–1746.** Stark Metro. Hous. Auth. v. Porter. *Stark County,* No. CA–8799.

**92–1786.** Ross v. Solon City School Dist. Bd. of Edn. *Cuyahoga County,* Nos. 62978 and 63020. On motion and cross-motion to certify the record. Motions denied.
HOLMES, WRIGHT and RESNICK, JJ., dissent.

**92–1787.** Lowry v. A.I. Root Co. *Medina County,* No. 2071.
H. BROWN, J., dissents.

**92–1790.** State v. Bryson. *Summit County,* No. 15823.

**92–1793.** Miller v. Biggs Hyper Shoppe. *Clermont County,* No. CA91–11–098.

**92–1796.** McCray v. Dayton Bd. of Zoning Appeals. *Montgomery County,* No. CA 13168.

**92–1798.** State v. Davis. *Washington County,* No. 91–CA–23.

**92–1807.** Sigma Corp. of Am. v. Paridon. *Wayne County,* No. 2711.

**92–1814.** Hall v. Snyder. *Franklin County,* No. 91AP–1292.
H. BROWN, J., dissents.

**92–1818.** State v. Stark. *Fulton County,* No. 91FU000022.
RESNICK, J., not participating.

**92–1826.** Coutts v. Cedar Bay Constr., Inc. *Williams County,* No. WMS91007.

**92–1831.** McCullough v. Budd Co. *Wyandot County,* No. 16–92–12.

**92–1832.** Smith v. Lesourdsville Lake, Inc. *Butler County,* No. CA92–01–019.
H. BROWN, J., dissents.

**92–1843.** Ohio Council 8, Am. Fedn. of State, Cty. & Mun. Emp., AFL–CIO v. Bucyrus. *Franklin County,* Nos. 91AP–1412 and 91AP–1413.
H. BROWN and RESNICK, JJ., dissent.

**92–1844.** Long v. Cincinnati Ins. Co. *Butler County,* No. CA91–111–90.

**92–1885.** State v. Seibel. *Hamilton County,* No. C–920109.
DOUGLAS, J., dissents.